IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH JUISTI : CIVIL ACTION
:
v. :
:
CITY OF CHESTER, et al. : NO. 18-2317

ORDER

AND NOW, this 20th day of September, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of plaintiff for leave to file a surreply (Doc. # 58) is GRANTED.

(2) The motion of defendant the City of Chester for summary judgment (Doc. # 34) against plaintiff Joseph Juisti is GRANTED as to Count II of the complaint claiming "Violation of the Americans with Disabilities Act of 1990."

(3) The motion of the City of Chester for summary judgment is otherwise DENIED.

(4) The motion of defendant the Fraternal Order of Police William Penn Lodge No. 19 (Doc. # 46) against plaintiff Joseph Juisti is GRANTED as to Count VIII of the complaint claiming breach of the duty of fair representation under Pennsylvania common law.

BY THE COURT:

/s/ Harvey Bartle III
                              J.