```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSEPH JUISTI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF CHESTER, et al | : | NO. 18-2317 |

### O R D E R

**AND NOW,** this 24th day of October, 2019 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

```
                              Kate Barkman
                              Clerk of Court


                                    /s/ Kristin R. Makely
                         By:    _____
                                Kristin R. Makely,
                                Deputy Clerk
```

Civ. 2 41.1(b) (3/18)